UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JIMMY W. BROWN, | Case No.  2:25-cv-2918-TLN-JDP (P) |
| Petitioner, | |
| v. | ORDER |
| JANAN CAVAGNOLO, | |
| Respondent. | |

Petitioner filed this habeas petition pursuant to section 2254 on October 9, 2025.  ECF No. 1.  I dismissed the petition with leave to amend on February 27, 2026.  ECF No. 9.  Petitioner has not yet filed an amended petition, but he has submitted a motion to appoint Alden Alexander, Sr. as "next friend."  ECF No. 10.  I will deny this motion without prejudice.

The Ninth Circuit has held that:

> In order to establish next friend standing, the putative next friend must show: (1) that the petitioner is unable to litigate his own cause due to mental incapacity, lack of access to court, or other similar disability; and (2) the next friend has some significant relationship with, and is truly dedicated to the best interests of, the petitioner.

*Massie v. Woodford*, 244 F.3d 1192, 1194 (9th Cir. 2001).  Here, petitioner has not shown that he is unable to litigate his own cause.  He does allege that his vision is limited, and that he requires a hearing device, but there is no evidence that these issues render him unable to litigate this matter.

1

ECF No. 10 at 1-2.  Additionally, petitioner has failed to state what significant relationship, if any, exists between himself and Mr. Alexander.  Finally, Mr. Alexander has not submitted any filing indicating that he is willing to appear as "next friend;" the motion at issue is signed only by the petitioner.

I will, however, grant petitioner's motion for extension of time to file an amended petition.  ECF No. 11.

Accordingly, it is ORDERED that:

1.    Petitioner's motion to appoint next friend, ECF No. 10, is DENIED without prejudice.

2.    Petitioner's motion for extension of time, ECF No. 11, is GRANTED and his amended petition is now due thirty days from the date of this order's entry.

IT IS SO ORDERED.

Dated:    April 24, 2026                                    _____
                                                                       JEREMY D. PETERSON
                                                                       UNITED STATES MAGISTRATE JUDGE

2