UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMY W. BROWN,

Petitioner

v.

JANAN CAVAGNOLO,

Respondent.

Case No. 2:25-cv-2918-TLN-JDP (P)

ORDER

On April 24, 2026, I granted petitioner's motion for extension of time and directed him to file an amended petition, as previously directed by my screening order, ECF No. 9, within thirty days. ECF No. 12. Well in excess of thirty days have passed, and petitioner has not submitted an amended petition. He must show cause, in writing, why this action should not be dismissed for failure to prosecute.

Accordingly, it is ORDERED that, within fourteen days of this order's entry, petitioner must show cause, in writing, why this action should not be dismissed for failure to prosecute. Any response to this order should be accompanied by either an amended petition or a notice of voluntary dismissal. If petitioner fails to comply with this order within the deadline, I will recommend that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: September 14, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE